IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KEITH TAYLOR,[1] | § | |
| | § | No. 130, 2015 |
| Petitioner Below- | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below:  Family Court |
| | § | of the State of Delaware, |
| SAMANTHA LINDELL, | § | in and for New Castle County |
| | § | File No. CN08-03639 |
| Respondent Below- | § | Petition No. 14-12057 |
| Appellee. | § | |

Submitted:  March 30, 2015
Decided:  April 6, 2015

**O R D E R**

This 6th day of April 2015, it appears to the Court that, on March 18, 2015, the Senior Court Clerk issued a notice to appellant to show cause why this appeal should not be dismissed for his failure to file his notice of appeal in a timely manner.  The appellant has failed to respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b) and 29(b), that the within appeal is DISMISSED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).